UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

JOHN ASHFORD,

     Plaintiff,

Case No: 2:15-cv-83

HON. ROBERT HOLMES BELL

DANIEL H. HEYNS, et al.,

     Defendants.

_____/

**ORDER APPROVING AND ADOPTING**
**MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

On September 21, 2016, Magistrate Judge Timothy P. Greeley issued a Report and Recommendation ("R&R") recommending that the Motion for Summary Judgment filed by Defendant Bomber (ECF No. 49) and the Motion for Summary Judgment filed by Defendants Heyns, MacLaren, Perry, Davis, Shilling, Lamb, Borgerding, and Bureau of Health Care Services (ECF No. 54) be granted and this case be dismissed in its entirety. (ECF No. 58). The R&R notified the parties that any objections must be filed within 14 days of receipt of the R&R. More than 14 days have elapsed since the date of the R&R and no objections have been filed. The Court has reviewed the R&R and concludes that it makes a sound recommendation. Accordingly,

**IT IS HEREBY ORDERED** that the September 21, 2016, R&R (ECF No. 58) is **APPROVED** and **ADOPTED** as the opinion of this Court.

**IT IS FURTHER ORDERED** that the Motion for Summary Judgment filed by Defendant Bomber (ECF No. 49) and the Motion for Summary Judgment filed by Defendants

Heyns, MacLaren, Perry, Davis, Shilling, Lamb, Borgerding, and Bureau of Health Care

Services (ECF No. 54) are **GRANTED** and this case is **DISMISSED** in its entirety.

      A judgment consistent with this Order will enter.


Date:  <u>November 10, 2016</u>                       <u>/s/ Robert Holmes Bell</u>
                                             ROBERT HOLMES BELL
                                             UNITED STATES DISTRICT JUDGE